Kyle W. Roche (*admitted pro hac vice*)
Edward Normand (*admitted pro hac vice*)
Stephen Lagos (*admitted pro hac vice*)
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: 646-970-7509
Email: kyle@rcfllp.com

Katherine Eskovitz (SBN 255105)
ROCHE FREEDMAN LLP
1158 26th Street No. 175
Santa Monica, CA 90403
Tel.: 646-791-6883
Email: keskovitz@rcfllp.com

*Counsel for Plaintiff Junhan Jeong*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OÜ, NEXO AG, and NEXO CAPITAL INC.,<br><br>Defendants. | No. 5:21-cv-02392<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Junhan Jeong, individually and on behalf of all others similarly situated, and

Defendants Nexo Financial LLC, Nexo Financial Services Ltd., Nexo Services OÜ, Nexo AG, and

Nexo Capital Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby

stipulate as follows:

STIPULATION

WHEREAS, on April 1, 2021, Plaintiff filed a class action complaint against Defendants (ECF No. 1);

WHEREAS, on April 12, 2021, Defendants' counsel executed waivers of the service of summons on behalf of each Defendant;

WHEREAS, the parties have conferred regarding a briefing schedule for Defendants' anticipated motion to dismiss;

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, subject to the Court's approval, as follows:

1.    Defendants shall answer, move against, or otherwise respond to the Complaint no later than July 12, 2021;

2.    Plaintiff shall oppose any motion to dismiss no later than August 26, 2021; and

3.    Defendants shall file any reply in further support of any motion to dismiss no later than September 27, 2021.

Dated: April 15, 2021

_____

Ian Shelton (SBN 264863)
EVERSHEDS SUTHERLAND (US) LLP
500 Capitol Mall, Suite 1750
Sacramento, CA 95814
ianshelton@eversheds-sutherland.com

*Counsel for Defendants*

Kyle W. Roche
Edward Normand
Stephen Lagos
ROCHE FREEDMAN LLP
99 Park Avenue, Suite 1910
New York, NY 10016
kyle@rcfllp.com
tnormand@rcfllp.com
slagos@rcfllp.com

Katherine Eskovitz (SBN 255105)
ROCHE FREEDMAN LLP
1158 26th Street No. 175
Santa Monica, CA 90403
keskovitz@rcfllp.com

*Counsel for Plaintiff*

1    PURSUANT TO STIPULATION, IT IS SO ORDERED:

2    Dated: _____, 2021          _____
                                        Hon. Nathanael M. Cousins
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23