UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OÜ, NEXO AG, and NEXO CAPITAL INC.,<br><br>Defendants. | CASE NO. 5:21-CV-02392-BLF<br><br>The Honorable Beth Labson Freeman<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS***<br><br>Hearing Date:  November 18, 2021<br>Hearing Time:  9:00 a.m.<br><br>Courtroom:     No. 3, 5th Floor<br>Address:       U.S. Courthouse<br>                      280 South 1st Street<br>                      San Jose, CA 95113 |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS BASED ON THE DOCTRINE OF
*FORUM NON CONVENIENS*

**[PROPOSED] ORDER**

The Court has considered the motion to dismiss the complaint pursuant to the doctrine of *forum non conveniens*, which was filed by Defendants Nexo Financial LLC, Nexo Financial Services Ltd., Nexo Services OÜ, Nexo AG, and Nexo Capital Inc. ("Defendants").  The Court also considered the opposition filed by Plaintiff Junhan Jeong ("Plaintiff") and the reply filed by Defendants.  The motion is GRANTED on the following grounds:

1. The claims for breach of contract, breach of the implied covenant of good faith and fair dealing, and declaratory judgment are dismissed based on the doctrine of *forum non conveniens*, without prejudice to Plaintiff re-filing those claims in the courts of London, United Kingdom.

2. The claims for violation of the CLRA and UCL are dismissed under Rule 12(b)(6) for the reasons explained in the Court's order granting Defendants' motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b).

IT IS SO ORDERED.

DATED:  _____

_____
The Honorable Beth Labson Freeman
United States District Court Judge

-1-

[PROPOSED] ORDER GRANTING MOTION TO DISMISS BASED ON THE DOCTRINE OF *FORUM NON CONVENIENS*