**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUNHAN JEONG,<br><br>        Plaintiff,<br><br>    v.<br><br>NEXO FINANCIAL LLC, et al.,<br><br>        Defendants. | Case No.  21-cv-02392-BLF<br><br>**ORDER STRIKING MOTIONS AT ECF 24 AND ECF 25** |

The Court STRIKES the motions at ECF 24 and ECF 25 for failure to comply with this Court's Standing Order. *See, e.g*., Standing Order for Civil Cases § IV.D (Incorporation by Reference Not Permitted), F (Footnotes). Further, the Court requires all Rule 12 motions to be set forth in a single 25-page brief. Defendants SHALL refile a conforming brief no later than **July 20, 2021**. If Defendants insist on using footnotes, they must be in 12-point font and double spaced. Plaintiff's time to respond to the motion shall commence upon Defendants' filing of a revised motion.

**IT IS SO ORDERED.**

Dated: July 13, 2021

_____
BETH LABSON FREEMAN
United States District Judge