Kyle W. Roche (*pro hac vice*)
Edward Normand (*pro hac vice*)
Alex Potter (*pro hac vice*)
Stephen Lagos (*pro hac vice*)
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY 10016
Tel.: 646-970-7509
Email: kyle@rcfllp.com

Katherine Eskovitz (SBN 255105)
ROCHE FREEDMAN LLP
1158 26th Street No. 175
Santa Monica, CA 90403
Tel.: 646-791-6883
Email: keskovitz@rcfllp.com

*Counsel for Plaintiff Junhan Jeong*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OÜ, NEXO AG, and NEXO CAPITAL INC.<br><br>    Defendant(s). | Case Number: 5:21-CV-02392-BLF<br><br>**ATTORNEY DECLARATION OF EDWARD NORMAND IN SUPPORT OF MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b) AND BASED ON *FORUM NON CONVENIENS***<br><br>Date: November 18, 2021<br>Time: 9:00 a.m.<br>Judge: Hon. Beth Labson Freeman<br>Courtroom: No. 3, 5th Floor |

**DECLARATION OF EDWARD NORMAND**

I, Edward Normand, declare:

1. I am an attorney admitted in New York and *pro hac vice* to appear before this Court. I am a partner with the law firm Roche Freedman, LLP, counsel to Plaintiff in this action. I submit this declaration of my own personal knowledge. If called to testify to the matters herein, I could and would competently do so.

*2.* I submit this declaration in support of Plaintiff's Memorandum in Opposition to Motion to Dismiss Complaint.

3. The four Terms and Conditions attached as exhibits to the Trenchev Declaration are dated July 8, 2021. To the best of my knowledge, based on my review of the publicly available information (including the Nexo website) and consultation with Class members in the first quarter of 2021, the Borrow Terms attached to the Trenchev Declaration differ in several respects from the Borrow Terms in effect as of December 23, 2020, and at the time of the filing of the Complaint.

4. The Borrow Terms attached as Exhibit D to the Trenchev Declaration, for example, contain the following clause:

> Unless stated otherwise, references shall be made to the Nexo Wallet Services General Terms and Conditions and the Nexo Exchange Service Terms and Conditions, and all the defined terms, used in these General Terms, shall have the same meaning as the one given to them in the Nexo Wallet Services General Terms and Conditions or the Nexo Exchange Service General Terms and Conditions, as the case may be.

This clause did not exist in prior versions of the Borrow Terms that, to the best of my knowledge, were in effect as of December 23, 2020, and at the time of the filing of the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: September 2, 2021                ROCHE FREEDMAN LLP

                                        By:     /s/ Edward Normand
                                                Edward Normand

                                                Attorney for Plaintiff