| | |
|---|---|
| Kyle W. Roche (*pro hac vice*)<br>Edward Normand (*pro hac vice*)<br>Alex Potter (*pro hac vice*)<br>Stephen Lagos (*pro hac vice*)<br>ROCHE FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY 10016<br>Tel.: 646-970-7509<br>Email: kyle@rcfllp.com | Ian S. Shelton (SBN 264863)<br>EVERSHEDS SUTHERLAND (US) LLP<br>500 Capitol Mall, Suite 1750<br>Sacramento, CA 95814<br>Telephone: (916) 844-2965<br>Facsimile: (916) 241-0501<br>Email: ianshelton@eversheds-sutherland.com |
| Katherine Eskovitz (SBN 255105)<br>ROCHE FREEDMAN LLP<br>1158 26th Street No. 175<br>Santa Monica, CA 90403<br>Tel.: 646-791-6883<br>Email: keskovitz@rcfllp.com | Michael Bahar (*pro hac vice*)<br>EVERSHEDS SUTHERLAND (US) LLP<br>700 Sixth Street, NW, Suite 700<br>Washington, DC 20001-3980<br>Telephone: (202) 383-0882<br>Facsimile: (202) 637-3593<br>Email: michaelbahar@eversheds-sutherland.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>NEXO FINANCIAL LLC, NEXO FINANCIAL SERVICES LTD., NEXO SERVICES OÜ, NEXO AG, and NEXO CAPITAL INC.<br><br>  Defendant(s). | Case Number: 5:21-CV-02392-BLF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

STIPULATION
Case No. 5:21-CV-02392-BLF

46542979.1

Plaintiff Junhan Jeong, individually and on behalf of all others similarly situated, and Defendants Nexo Financial LLC, Nexo Financial Services Ltd., Nexo Services OÜ, Nexo AG, and Nexo Capital Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on August 27, 2021, the Court ordered that "[t]he deadline for the parties to meet and confer, and submit a stipulation and order setting all deadlines not set by the Court below, including discovery cut-offs and expert disclosure deadlines, is September 10, 2021" (Dkt. No. 32);

WHEREAS, the parties have accordingly met and conferred regarding proposed deadlines not yet set by the Court;

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, subject to the Court's approval, as follows:

1. Provided that all fact discovery relating to class certification is completed by the date set forth in paragraph 3 below, the parties may serve written discovery relating to class certification, including requests for production of documents, interrogatories, and requests to admit, at any time after the Court's ruling on Defendants' motion to dismiss, provided that one or more of Plaintiff's claims survive.

2. The parties will make expert disclosures relating to class certification identifying the name, producing the CV, and describing the general subject matter of the expert testimony, on or before May 10, 2022. These expert disclosures do not apply to rebuttal experts.

3. The parties will complete fact discovery relating to class certification on or before June 10, 2022.

4. The parties will serve expert reports relating to class certification on or before June 10, 2022.

46542979.1

5. The parties will disclose rebuttal experts and serve rebuttal expert reports relating to class certification on or before July 15, 2022.

6. The parties will complete expert discovery relating to class certification on or before July 29, 2022.

7. Plaintiff will file any motion for class certification on or before August 12, 2022 (this deadline was already set by the Court, but is included again here for purposes of completeness).

8. Provided that all fact discovery relating to merits is completed by the date set forth in paragraph 10 below, the parties may serve written discovery relating to merits, including requests for production of documents, interrogatories, and requests to admit, at any time after the Court's ruling on Plaintiff's motion for class certification, provided that the motion is granted in whole or part.

9. The parties will make expert disclosures relating to merits identifying the name, producing the CV, and describing the general subject matter of the expert testimony, on or before February 3, 2023. These expert disclosures do not apply to rebuttal experts.

10. The parties will complete fact discovery relating to merits on or before March 3, 2023.

11. The parties will serve expert reports relating to merits on or before March 3, 2023.

12. The parties will disclose rebuttal experts and serve rebuttal expert reports relating to merits on or before April 7, 2023.

13. The parties will complete expert discovery relating to merits on or before April 21, 2023.

14. The parties will file any dispositive motions on or before May 5, 2023.

15. Any dispositive motions will be heard on or before August 3, 2023, at 9:00 a.m. (this deadline was already set by the Court, but is included again here for purposes of completeness).

46542979.1

Dated: September 10, 2021

　/s/ Ian Shelton_____　　　　　　／s/ *Kyle W. Roche*_____
Ian Shelton (SBN 264863)　　　　　　　　　　　　　Kyle W. Roche (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP　　　　　ROCHE FREEDMAN LLP
500 Capitol Mall, Suite 1750　　　　　　　　　　　　99 Park Avenue, Suite 1910
Sacramento, CA 95814　　　　　　　　　　　　　　New York, NY 10016
ianshelton@eversheds-sutherland.com　　　　　　　kyle@rcfllp.com

*Counsel for Defendants*　　　　　　　　　　　　　　*Counsel for Plaintiff*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: __Sept. 10__, 2021　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Beth Labson Freeman

4
STIPULATION
Case No. 5:21-CV-02392-BLF

46542979.1