**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUNHAN JEONG,<br><br>              Plaintiff,<br><br>       v.<br><br>NEXO FINANCIAL LLC, et al.,<br><br>              Defendants. | Case No. 21-cv-02392-BLF<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES** |

The parties SHALL submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing.

**IT IS SO ORDERED.**

Dated: November 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge