1  Kyle W. Roche (*pro hac vice*)
2  Edward Normand (*pro hac vice*)
   Ivy T. Ngo (SBN 249860)
3  Alex Potter (*pro hac vice*)
   Stephen Lagos (*pro hac vice*)
4  ROCHE FREEDMAN LLP
   99 Park Avenue, 19th Floor
5  New York, NY 10016
   Tel.: (646) 970-7509
6  Email: kyle@rochefreedman.com
7
   *Counsel for Plaintiff Junhan Jeong*
8
9
                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11

12  JUNHAN JEONG, individually and on behalf of all
    others similarly situated,
13
14              Plaintiff,                    No. 5:21-cv-02392-BLF

15       v.                                   **NOTICE OF WITHDRAWAL**
                                              **OF KATHERINE ESKOVITZ**
16  NEXO FINANCIAL LLC, NEXO FINANCIAL        **AND SUBSTITUTION**
    SERVICES LTD., NEXO SERVICES OÜ, NEXO
17  AG, and NEXO CAPITAL INC.,
18
                Defendants.
19
20
21
22
23
24
25
26
27
28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** Counsel for Plaintiff Junhan Jeong ("Plaintiff") hereby notifies the Court and all parties that attorney Katherine Eskovitz is no longer affiliated with the law firm of Roche Freedman LLP and no longer represents Plaintiff in this action.

NOTICE IS FURTHER GIVEN THAT no further papers, pleadings, motions, correspondence, or communications, regarding the above-captioned action, may be served on Ms. Eskovitz. Any and all future CM/ECF notifications should remain directed towards Kyle Roche, Edward Normand, Ivy T. Ngo, Alex Potter and Stephan Lagos, attorneys of record for Plaintiff.

Dated: February 9, 2022                    ROCHE FREEDMAN LLP

                                           /s/ Kyle Roche
                                           Kyle Roche
                                           Edward Normand
                                           Ivy T. Ngo
                                           Alex Potter
                                           Stephan Lagos

                                           *Attorneys for Plaintiff Junhan Jeong*