| | |
|---|---|
| Kyle W. Roche (*pro hac vice*) | **EVERSHEDS SUTHERLAND (US) LLP** |
| Edward Normand (*pro hac vice*) | Ian S. Shelton (SBN 264863) |
| Alex Potter (*pro hac vice*) | ianshelton@eversheds-sutherland.com |
| Stephen Lagos (*pro hac vice*) | 500 Capitol Mall, Suite 1750 |
| **ROCHE FREEDMAN LLP** | Sacramento, CA 95814 |
| 99 Park Avenue, 19th Floor | Telephone: (916) 844-2965 |
| New York, NY 10016 | Facsimile: (916) 241-0501 |
| Tel.: 646-970-7509 | |
| Email: kyle@rochefreedman.com | **EVERSHEDS SUTHERLAND (US) LLP** |
| | Michael Bahar (admitted PHV) |
| Ivy Ngo (SBN 249860) | michaelbahar@eversheds-sutherland.com |
| **ROCHE FREEDMAN LLP** | 700 Sixth Street, NW, Suite 700 |
| 1 SE 3rd Ave. | Washington, DC 20001-3980 |
| Suite 1240 | Telephone: (202) 383-0882 |
| Miami, FL 33131 | Facsimile: (202) 637-3593 |
| Tel.: 786-924-2900 | |
| ingo@rochefreedman.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of all others similarly situated, | Case Number: 5:21-CV-02392-BLF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER** |
| vs. | **AS MODIFIED BY THE COURT** |
| NEXO CAPITAL INC. | |
| Defendant. | |

Plaintiff Junhun Jeong, individually and on behalf of all others similarly situated, and Defendant Nexo Capital Inc. ("Nexo"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on September 10, 2021, the Court so-ordered the parties' stipulated schedule regarding discovery (the "Initial Schedule") (*see* Dkt. No. 40);

WHEREAS, deadlines set forth in the Initial Schedule were tied to the Court's adjudication of Nexo and its corporate affiliates' motion to dismiss, which was filed on July 19, 2021 (*see* Dkt. No. 27), and decided on January 19, 2022 (*see* Dkt. No. 48);

WHEREAS, after the Court granted in part and denied in part Nexo and its affiliates' motion to dismiss, Plaintiff filed an amended complaint against Nexo (*see* Dkt. No. 55);

WHEREAS, on March 28, 2022, Nexo filed a motion to dismiss Plaintiff's amended complaint (*see* Dkt. No. 56);

WHEREAS, Nexo's motion to dismiss Plaintiff's amended complaint will be fully briefed by June 13, 2022 (*see* Dkt. No. 54);

WHEREAS, the hearing on Nexo's motion to dismiss Plaintiff's amended complaint is currently set for July 21, 2022 at 9:00 a.m.;

IT IS ACCORDINGLY HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Nexo, subject to the Court's approval, as follows:

1. The Initial Schedule (Dkt. No. 40) is vacated. ∗
2. The parties will submit a stipulated revised schedule to the Court within fourteen days of the Court's order on Nexo's motion to dismiss Plaintiff's amended complaint.

**∗All pretrial and trial dates previously set by the Court remain set, including Last Day to Hear Dispositive Motions, Final Pretrial Conference, and trial dates.  See ECF No. 32.**

1
JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 5:21-CV-02392-BLF

| | | |
|---|---|---|
| DATED: | May 24, 2022 | **EVERSHEDS SUTHERLAND (US) LLP** |
| | | By: */s/ Ian Shelton* |
| | | Ian Shelton |
| | | *Attorneys for Defendant* |

| | | |
|---|---|---|
| DATED: | May 24, 2022 | **ROCHE FREEDMAN LLP** |
| | | By: */s/ Edward Normand* |
| | | Edward Normand |
| | | *Attorneys for Plaintiff* |

### NDCA LR 5-1(h)(3) Declaration

I attest that Ian Shelton concurs in the filing of this document.

| | | |
|---|---|---|
| DATED: | May 24, 2022 | **ROCHE FREEDMAN LLP** |
| | | By: */s/ Edward Normand* |
| | | Edward Normand |
| | | *Attorneys for Plaintiff* |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: May 25, 2022  _[signature]_

HON. BETH LABSON FREEMAN

2
JOINT STIPULATION AND [PROPOSED] ORDER
Case No. 5:21-CV-02392-BLF