**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JUNHAN JEONG,<br><br>        Plaintiff,<br><br>   v.<br><br>NEXO FINANCIAL LLC, et al.,<br><br>        Defendants. | Case No.  21-cv-02392-BLF<br><br>**ORDER ADVANCING HEARING ON MOTION TO DISMISS** |

The hearing on the motion to dismiss (ECF No. 56), currently scheduled for July 21, 2022 at 9:00 a.m., is ADVANCED to **Thursday, June 30, 2022 at 9:00 a.m. via Zoom**.

**IT IS SO ORDERED.**

Dated:  June 14, 2022

_____
BETH LABSON FREEMAN
United States District Judge