|  |  |
|---|---|
| 1 | Kyle W. Roche (*pro hac vice*) |
|  | Edward Normand (*pro hac vice*) |
| 2 | Alex Potter (*pro hac vice*) |
|  | Stephen Lagos (*pro hac vice*) |
| 3 | ROCHE FREEDMAN LLP |
|  | 99 Park Avenue, 19th Floor |
| 4 | New York, NY 10016 |
|  | Tel.: 646-970-7509 |
| 5 | Email: kyle@rochefreedman.com |

Ivy Ngo (SBN 249860)
ROCHE FREEDMAN LLP
1 SE 3rd Ave.
Suite 1240
Miami, FL 33131
Tel.: 786-924-2900
ingo@rochefreedman.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG, individually and on behalf of all others similarly situated, | Case Number: 5:21-CV-02392-BLF |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL** |
| vs. | Judge: Hon. Beth Labson Freeman |
| NEXO CAPITAL INC. | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Edward Normand, Alex Potter, Stephen Lagos, and Ivy Ngo, attorneys of record for Plaintiff.

DATED: September 1, 2022              Respectfully Submitted,
                                      **ROCHE FREEDMAN LLP**

                                      <u>/s/ Kyle W. Roche</u>
                                      Kyle W. Roche
                                      99 Park Avenue, 19th Floor
                                      New York, NY 10016
                                      kyle@rochefreedman.com

                                      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kyle W. Roche*
Kyle W. Roche