# EXHIBIT 1



$19.36B

24H Volume
$2.49B

24H High
$0.39826

All-Time High
$3.40

Circulating Supply
50,232,406,634

## XRP Price Performance

The current XRP price is $0.38534 as in the last 24 hours its value has risen by 9.28%. XRP is down 88.66% from its all-time high of $3.40. XRP ranks number 7 in terms of market capitalization, representing 2.19% of the entire crypto market. XRP is a decentralized currency, which means you can buy, sell, and exchange it without having to rely on traditional monetary systems.

## Why Nexo Is the Right Place to Buy XRP



### Buy Instantly
Buy XRP with card in 7 seconds. Secure wire transfers are also accepted.

### Start with Just $10
Start with as little as $10 or go up to $15,000 – including fees, if any.

### Get Excellent Prices
Get the most cost-efficient price across the top 10 crypto exchanges worldwide.

### Stay Secure
Benefit from a top-tier $775M insurance secured by Nexo's trusted custodians.

## How to Buy XRP



Chat with an Expert

Once you open your Nexo account and verify your identity, then you have to:



## 1  Select Payment Option

Select the "Add Funds" option on your Dashboard and tap on "Credit/Debit Card".

Buy XRP >

Chat with an Expert

## What Can You Do with Your XRP?



## FAQs

Find answers to all your questions about buying XRP on Nexo.







| | | | | | |
|---|---|---|---|---|---|
| FTX Token FTT | ▲ 44.63% $1.90 | | dYdX DYDX | ▼ -12.74% $2.34 |
| Chiliz CHZ | ▲ 11.22% $0.21616 | | XRP XRP | ▲ 9.28% $0.38534 |
| Lido DAO LDO | ▲ 8.06% $1.19 | | Compound COMP | ▲ 7.87% $41.62 |

## Ready to Start?

Buy, swap and borrow against your XRP instantly and securely on Nexo.

Buy XRP ›

Home » Buy Crypto » Buy XRP



### Sign up for updates

Enter your email →

### Follow us

### Products
Buy
Exchange
Borrow
Booster

### Company
About
Security
Licenses
Blog

### Help
Help Center
Contacts



Chat with an Expert

Nexo Card
Nexo Pro
Nexo Prime
NFT Lending
Referral

Media Center
Careers
Community
Ventures
Affiliates
Vulnerability Disclosure

## Legal

Privacy Policy
Terms & Conditions
Wallet Terms
Borrow Terms

Earn Terms
Exchange Terms
Nexo Card Terms
Affiliate Terms
Cookies Policy

## Mobile App




 ISO/IEC 27001:2013 Certified Information Security Management System

 Licensed & Regulated Digital Assets Institution

 Real-time audit by Armanino

English

All trademarks, logos, symbols, product and service names used on this page are for identification purposes and are property of their respective owners.

Copyright 2022 Nexo. All rights reserved.


Chat with an Expert