# EXHIBIT 2

 

Blog  »  Product  »  Asset Updates

# An Avalanche of Opportunities: Up to 17% Interest on AVAX & Lots More!

Nov 3, 2021   •   2 min read

**Asset Updates**



There's been a hefty amount of new assets added to Nexo lately. One could even say it's been a bit of an *avalanche,* especially today when **Avalanche's AVAX is coming to Nexo**. You can now buy, earn interest on, and borrow against your AVAX! Check it out:

- **Buy:** Buy AVAX on Nexo and get it in your wallet within seconds.
- **Earn:** Receive up to 17% interest on AVAX, paid out daily.*
- **Exchange:** Swap your AVAX on the Nexo Exchange instantly.
- **Borrow:** Borrow against your AVAX from as low as 6.9% APR.

\* Nexo's 17% interest on AVAX is a part of our launch **promo**. After February 3, 2022, our AVAX yields will be up to 14%. More information is available below.

With the initial launch, Nexo clients will only be able to add AVAX to their accounts Nexo Wallets by purchasing assets through the Nexo Exchange. The Nexo Team is hard at work to bring you AVAX top-ups and withdrawals as soon as possible.

## Nexo, Avalanche & Blockchain's Multi-chain Future



To achieve the functionality, speed, and scalability that our space needs to progress, it is imperative that we embrace the enormous benefits of a multi-chain system and explore the possibilities of many protocols working together to cater to our industry's growing requirements. Nexo is partnering with Avalanche because it has not only built one of the fastest, most customizable DeFi ecosystems, but it is also developing a bridge to Ethereum thanks to its compatibility with the Solidity programming language, which will allow network participants to seamlessly connect and make transfers between the two chains.

With Nexo's new AVAX integration more and more users gain an efficient gateway to DeFi, giving them user-friendly exposure to Avalanche's system and native token. On a larger scale, Nexo's financial tools for AVAX provide liquidity for Avalanche's ecosystem that will ultimately increase developer engagement helping the network thrive.

## Buy AVAX on Nexo

AVAX is available for purchase directly on the Nexo Exchange. Skip the fumbling between exchanges and wallets, Nexo's UI is expertly designed to let you buy Avalanche and get it directly in your account in seconds.

Here are the available market pairs for Avalanche's AVAX:

**AVAX**/BTC
**AVAX**/ETH
**AVAX**/BNB
**AVAX**/USDT
**AVAX**/USDC
**AVAX**/USDx
**AVAX**/EURx
**AVAX**/GBPx

## Earn on AVAX + the Current Promo

With Nexo's Earn Crypto Interest, your yield will be piling into your account like – you guessed it – an avalanche. We're launching AVAX promo-style which means that until **February 3, 2022**, you can get up to 17% interest on the asset, paid out daily. **After February 3, 2022**, the rates will go down by 3%, meaning our Avalanche yields will be up to 14% depending on your Loyalty tier.

Simply top up and you'll start earning Avalanche interest right away. The specific rates for each Loyalty tier are described below:

- **Platinum:** Maximum rate – 17%. Standard rate – 12%.
- **Gold:** Maximum rate – 16%. Standard rate – 10%.
- **Silver:** Maximum rate – 13.50%. Standard rate – 8.75%.
- **Base:** Maximum rate – 13%. Standard rate – 8%.

> ⓘ Our maximum rates come from our standard interest combined with Fixed Terms which add up to 1% to your yield and Earn in NEXO which gives clients an extra up to 2% when opting to receive their payouts in NEXO Tokens.

## AVAX-backed Credit Lines

Through Nexo's flagship product the Instant Crypto Credit Lines™, you can now use AVAX as collateral to borrow cash or stablecoins at rates from just 6.9% APR.

You can take out as little as $50 and up to $2 million whenever you want. AVAX credit lines are processed automatically and approved instantly. There are no credit checks, installments, or minimum repayments, which means you can repay your out... partially or fully at any time.

💬 Chat with an Expert

Case 5:21-cv-02392-BLF   Document 76-3   Filed 11/21/22   Page 4 of 6

All set. Share only with your best friends!

## About Avalanche

Avalanche is an open-source platform for launching decentralized applications and enterprise blockchain deployments in one interoperable, highly scalable ecosystem. Avalanche is able to process 4,500+ transactions/second and instantly confirm transactions. Ethereum developers can quickly build on Avalanche as Solidity works out-of-the-box.

**Official website:** avax.network

Like this article? Spread the word.

   

## Related Posts



Sep 29
**BUSD Is Listed on Nexo!**

Asset Updates



Aug 23
**Nexo's Approach to the Ethereum Merge & ETH Fork**

Asset Updates





All set. Share only with your best friends!

Asset Updates

## Let Your Crypto Work For You

The only cryptocurrency account that lets you borrow instantly in 45+ fiat currencies.

Get Started





Home » Blog » Product » Asset Updates » An Avalanche of Opportunities: Up to 17% Interest on AVAX & Lots More!





### Sign up for updates

Enter your email

### Follow us

### Products

Buy
Exchange
Borrow
Booster
Nexo Card
Nexo Pro
Nexo Prime
NFT Lending
Referral

### Company

About
Security
Licenses
Blog
Media Center
Careers
Community
Ventures
Affiliates

### Help

Help Center
Contacts



Chat with an Expert

Case 5:21-cv-02392-BLF Document 76-3 Filed 11/21/22 Page 6 of 6

All set. Share only with your best friends!

## Legal

Privacy Policy

Terms & Conditions

Wallet Terms

Borrow Terms

Earn Terms

Exchange Terms

Nexo Card Terms

Affiliate Terms

Cookies Policy

## Mobile App





 ISO/IEC 27001:2013 Certified Information Security Management System

 Licensed & Regulated Digital Assets Institution

 Real-time audit by Armanino

English

Copyright 2022 Nexo. All rights reserved.

