# EXHIBIT 3



 All Collections > Avalanche Basics > Who is AvaLabs > Who is Ava Labs?

# Who is Ava Labs?

Written by Jay Kurahashi-Sofue
Updated over a week ago

**Ava Labs** makes it simple to launch decentralized finance applications on Avalanche, a highly scalable blockchain platform for decentralized applications and enterprise blockchain deployments. We are empowering people to build an open, simple, and democratic internet of finance.

Ava Labs was founded by Cornell computer scientists who brought on talent from Wall Street to execute their vision. The company has received funding from Andreessen Horowitz, Initialized Capital, and Polychain Capital, with angel investments from Balaji Srinivasan and Naval Ravikant.

For any additional questions, please visit our **knowledge base** or contact a support team member via the chat button at **support.avax.network**.

**Chat with Ava Labs** | **Use Apps on Avalanche** | **Validate on Avalanche**
**Build on Avalanche**

Did this answer your question?

  



Discord    Telegram    Reddit