Edward Normand (admitted *pro hac vice*)
Alex Potter (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: apotter@fnf.law
Email: slagos@fnf.law

Ivy T. Ngo (SBN 249860)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Telephone: (786) 924-2900
Email: ingo@fnf.law

*Counsel for Plaintiff Junhan Jeong*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG,<br><br>                Plaintiff,<br><br>    v.<br><br>NEXO CAPITAL INC.,<br><br>                Defendant. | Case No.: 5:21-CV-02392-BLF<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii) – No. 5:21-cv-02392-BLF

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Junhan Jeong and Defendant Nexo Capital Inc. stipulate to the dismissal of this action in its entirety with prejudice. The parties further stipulate that they will bear their own attorneys' fees and costs.

Dated: August 31, 2023　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Edward Normand*
　　　　　　　　　　　　　　　　　　　　　Edward Normand (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Alex Potter (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Stephen Lagos (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**FREEDMAN NORMAND FRIEDLAND LLP**
　　　　　　　　　　　　　　　　　　　　　99 Park Avenue, 19th Floor
　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　Telephone: (646) 350-0527
　　　　　　　　　　　　　　　　　　　　　Facsimile: (646) 392-8842
　　　　　　　　　　　　　　　　　　　　　Email: tnormand@fnf.law
　　　　　　　　　　　　　　　　　　　　　Email: apotter@fnf.law
　　　　　　　　　　　　　　　　　　　　　Email: slagos@fnf.law

　　　　　　　　　　　　　　　　　　　　　Ivy T. Ngo (SBN 249860)
　　　　　　　　　　　　　　　　　　　　　**FREEDMAN NORMAND FRIEDLAND LLP**
　　　　　　　　　　　　　　　　　　　　　1 SE 3rd Avenue, Suite 1240
　　　　　　　　　　　　　　　　　　　　　Miami, FL 33131
　　　　　　　　　　　　　　　　　　　　　Telephone: (786) 924-2900
　　　　　　　　　　　　　　　　　　　　　Email: ingo@fnf.law

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Junhan Jeong*


　　　　　　　　　　　　　　　　　　　　　*/s/ Ian Shelton*
　　　　　　　　　　　　　　　　　　　　　Ian Scott Shelton (SBN 264863)
　　　　　　　　　　　　　　　　　　　　　**EVERSHEDS SUTHERLAND (US) LLP**
　　　　　　　　　　　　　　　　　　　　　500 Capital Mall, Suite 2350
　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 95814
　　　　　　　　　　　　　　　　　　　　　Telephone: (916) 245-7427
　　　　　　　　　　　　　　　　　　　　　Email: ianshelton@eversheds-sutherland.com

　　　　　　　　　　　　　　　　　　　　　Michael Bahar (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**EVERSHEDS SUTHERLAND (US) LLP**
　　　　　　　　　　　　　　　　　　　　　700 Sixth Street, NW, Suite 700
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001-3980
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 383-0882
　　　　　　　　　　　　　　　　　　　　　Email: michaelbahar@eversheds-sutherland.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Nexo Capital Inc.*

## Civil Local Rule 5-1(i)(3) Declaration

I, Edward Normand, hereby declare that concurrence in the filing of this document has been obtained from all signatories.

*/s/ Edward Normand*
Edward Normand