1  Edward Normand (admitted *pro hac vice*)
   Alex Potter (admitted *pro hac vice*)
2  Stephen Lagos (admitted *pro hac vice*)
   **FREEDMAN NORMAND FRIEDLAND LLP**
3  99 Park Avenue, 19th Floor
   New York, NY 10016
4  Telephone: (646) 350-0527
   Facsimile: (646) 392-8842
5  Email: tnormand@fnf.law
   Email: apotter@fnf.law
6  Email: slagos@fnf.law

7  Ivy T. Ngo (SBN 249860)
   **FREEDMAN NORMAND FRIEDLAND LLP**
8  1 SE 3rd Avenue, Suite 1240
   Miami, FL 33131
9  Telephone: (786) 924-2900
   Email: ingo@fnf.law

10 *Counsel for Plaintiff Junhan Jeong*

APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNHAN JEONG,<br><br>            Plaintiff,<br><br>     v.<br><br>NEXO CAPITAL INC.,<br><br>            Defendant. | Case No.: 5:21-CV-02392-BLF<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Junhan Jeong and Defendant Nexo Capital Inc. stipulate to the dismissal of this action in its entirety with prejudice. The parties further stipulate that they will bear their own attorneys' fees and costs.

Dated: August 31, 2023                    Respectfully Submitted,

*/s/ Edward Normand*
Edward Normand (admitted *pro hac vice*)
Alex Potter (admitted *pro hac vice*)
Stephen Lagos (admitted *pro hac vice*)
**FREEDMAN NORMAND FRIEDLAND LLP**
99 Park Avenue, 19th Floor
New York, NY 10016
Telephone: (646) 350-0527
Facsimile: (646) 392-8842
Email: tnormand@fnf.law
Email: apotter@fnf.law
Email: slagos@fnf.law

Ivy T. Ngo (SBN 249860)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131
Telephone: (786) 924-2900
Email: ingo@fnf.law

*Counsel for Plaintiff Junhan Jeong*

*/s/ Ian Shelton*
Ian Scott Shelton (SBN 264863)
**EVERSHEDS SUTHERLAND (US) LLP**
500 Capital Mall, Suite 2350
Sacramento, CA 95814
Telephone: (916) 245-7427
Email: ianshelton@eversheds-sutherland.com

Michael Bahar (admitted *pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980
Telephone: (202) 383-0882
Email: michaelbahar@eversheds-sutherland.com

*Counsel for Defendant Nexo Capital Inc.*

## Civil Local Rule 5-1(i)(3) Declaration

I, Edward Normand, hereby declare that concurrence in the filing of this document has been obtained from all signatories.

*/s/ Edward Normand*
Edward Normand